IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Hickman, Desiree M

Printed: 8/19/08

Case Number: 05 B 34875
Judge: Wedoff, Eugene R
Filed: 8/31/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Ch 7 Conversion: August 13, 2008
Confirmed: October 27, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 16,205.00 |  |
| Secured: |  | 13,626.49 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,700.00 |
| Trustee Fee: |  | 878.51 |
| Other Funds: |  | 0.00 |
| Totals: | 16,205.00 | 16,205.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Veronica D Joyner | Administrative | 1,700.00 | 1,700.00 |
| 2. | American Home Mortgage Servicing | Secured | 0.00 | 0.00 |
| 3. | City Of Richmond | Secured | 0.00 | 0.00 |
| 4. | Chicago Post Office Employee C U | Secured | 7,660.92 | 1,727.01 |
| 5. | American Home Mortgage Servicing | Secured | 20,597.82 | 11,899.48 |
| 6. | ECast Settlement Corp | Unsecured | 129.59 | 0.00 |
| 7. | Chicago Post Office Employee C U | Unsecured | 817.85 | 0.00 |
| 8. | Capital One | Unsecured | 167.97 | 0.00 |
| 9. | RoundUp Funding LLC | Unsecured | 198.41 | 0.00 |
| 10. | City Of Richmond | Unsecured | 16.62 | 0.00 |
| 11. | Portfolio Recovery Associates | Unsecured | 133.71 | 0.00 |
| 12. | Chicago Post Office Employee C U | Unsecured | | No Claim Filed |
| 13. | R.M.S | Unsecured | | No Claim Filed |
| 14. | Emergency Care Health Organization | Unsecured | | No Claim Filed |
| 15. | Provena Saint Mary's Hospital | Unsecured | | No Claim Filed |
| 16. | Cawthorn & Picard, P.C. | Unsecured | | No Claim Filed |
| 17. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 18. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| 19. | City Of Chicago | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 31,422.89 | $ 15,326.49 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 285.17 |
| 5% | 58.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Hickman, Desiree M | Case Number: 05 B 34875 |
| | Judge: Wedoff, Eugene R |
| Printed: 8/19/08 | Filed: 8/31/05 |

```
                    4.8%              27.84
                    5.4%             469.80
                    6.5%              37.70
                                  _____
                                   $ 878.51
```

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____